UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DAVID SANDERS,

        Plaintiff,        Case No. 1:15-cv-996

v.        Honorable Paul L. Maloney

DAVID MAKLED et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's federal claims be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

IT IS FURTHER ORDERED that Plaintiff's state-law claims be DISMISSED WITHOUT PREJUDICE.


Dated: November 30, 2015        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge